# UNITED STATES DISTRICT COURT
## DISTRICT of Connecticut

Stephen Pennyman
   Plaintiff

v.

Angel quiros   Commissioner of D.O.C (2020 →)
   Oles    warden of osborn (acting warden) (2021)
  Ortill  Dep. warden of osborn C·I  (2021)
Rollin cook   Commissioner of D.O.C  untill (2020)
   Cry  LT. at osborn C·I / D unit manager (2021)
Kristen Barone  warden at macdougall C·I (2020)
Joe Roach Dep. warden at macdougall C·I (2020)

All Defendants sued in their individual capacities
Defendants Angel quiros, Rollin cook, Kristen Barone
 Oles  are sued in Both their individual and offical capacities

SCANNED at
and Emailed
12/22/by MJ
date
initials
No. 51
pages

### Jury Trial DEMANDED
Complaint for monetry Damages
Injunction And Declatory Relife

    This a civil rights action filed by
Stephen A pennyman. A STATE prisoner for
Damages, Injunctive and declatory relife under
42 U.S.C §§ 1983. Alleging Deliberate
indifference to Safety in violation of the 8th
Amendment, failure to protec in violation of
8th Amendment, conditions of confinement
in violation of the 8th Amendment, cruel and
unusual punishment in violation of
the 8th Amendment for inadiquite prevention

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. \_\_\_\_✓\_\_\_\_ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: Stephen Anthony Pennyman
   b. Inmate Number: 342674
   c. Correctional facility: MacDougal C.-I.

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six defendants, attach additional pages. Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: Oles
   b. Rank or Title: Acting warden of Osborn C.-I.
   c. Workplace: Osborn C.-I.

and protection from the Covid-19 virus and unsafe condiction of confinement

# PARTIES

1) Plaintiff Stephen A. pennyman is a person incarcerated in the custody of Connecticut's Department of corrections. He is currently housed at macdougall C.I. 1153 east street south suffield, CT. 06080, Housed in H-1 unit/pod 36 cell. Plaintiff is protected by the united states Constitution and the affirmitive obligation/ duties granted to him do to the state of Connecticut Departments remanded to custody for a period of 6 years and 6 months.

## DEFENDANTS

2 Angel quiros is the Commissioner of the state of connecticut Department of correction Appointed by the govenor and is the highes positon/ Rank in the D.O.C. he is The final say so regaurding policy, rules, regulations, protecal And overseeer/ supervisor and Defendant quiros policies protecal and desicons left

Plaintiff Stephen A. pennyman in a state of perill and at risk which caused plaintiff pain and physicall damages. Defendant is sued in Both his offical and individual capacities

3) Oles is the warden at osborn C.I. And is the overseeer of osborn C.I. he set standards, protecal, rule regulation for the osborn C.I. facilty and he action and failling to act properly. caused the plaintiff pain and physical damages, Defendan is sued in both his individual and offical capacity

4) Ortyl is the Dep. warden at osborn C.I And makes policy protecal prevention stands with his supervisor defendan oles Defendants action and feilure to act caused the plaintiff pain and physicall damages Defendant is sued in his Individual capacity

5) Rollin cook was the commissioner for d.o.c And set forth protecals policy that caused the forward momentum that cause the plaintiff Damages physicall and pain Defendant Is sued in his Individual and offical capacity

6) Cry was a LT. at osborn C.I. and the unit manager of the D-unit at osborn C.I. she is the over seer of D-unit and is a subordant of defendants oles, quiros and ortyl she sets protecal, standards, policy rules and regulation under the supervisor of mentiond defendants. Defendant is sued In her Individual Capacity

7) Kristen Barone was the warden of macdougall C.I. and was the over seeer/highest RANKed d.o.c. member/empoyee for mcedougall C.I. during the times and events mentioned in this complaint her action caused the plaintiff physical damages and pain she is sued in both her individual and offical capacities

8) Joe Roach was the dep-warden at mcedougel C.I at the time and events defendant Roach makes policy standerder rule regulation and protecal with defendant Barone at MC.I. and his action and choices put the plaintiff in a state of perill, caesing pain and physicall damage He is sued in his Individual Capacity

a) This cause of action arises under the United States Constitution enforceable pursuant to 42 U.S.C. § 1983. Jurisdiction in this court is proper pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)

10) This court is authorized to grant declatory relife under 28 U.S.C. §§ 2201 and 2202

## VENUE

11) The District of Connecticut Venue is a proper under 28 U.S.C. § 139(b)(2) because because parts and events or omissions giving rise to the claim(s) occurred in this district  The District of Connecticut

**F.**      **DO YOU WISH TO HAVE A JURY TRIAL?  YES____✓____NO_____**

**G.      DECLARATION UNDER PENALTY OF PERJURY**

Warning: You must sign this, or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _____

Signed at _Macdougall C. I_____ on _8-_____

                    (Location)                              (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

**H.      FINAL INSTRUCTIONS**

WARNING: Your complaint will not be filed unless you complete each of these steps:

1.      Answer all questions on the complaint form.

2.      Sign the Declaration under Penalty of Perjury on p. 7

Remember, the Clerk cannot file your complaint unless you take all the steps above.

Rev. 3-18-22

12) Plaintiff Stephen A. Pennyman has been in the custody of the department of correction in the State of Connecticut since Jan 18th 2017 and has been since and is serving a 6 years and 6 months prison sentence

13) Since the out Break of covid-19 plaintiff has been transfered to (2) diffrent prisons(3) incuiding the prison which plaintiff was at at the time of covid-19's out break. Corrigan C.C, macdougall C.I. and osborn C.I. back to corrigan C.C Then to macdougall C.I.

14) Each correction Center correctional Institution Corrigan C.C, macdougall C.I and osborn C.I each have their own lack of protection and prevention from the covid-19 virus and lack of steps to keep condiction of confinement safe

15) Plaintiff Stephen Pennyman was subjected to 30 plus days of only 30 minute out the cell at corrigan C.C at the begaining of the covid-19 and gained over 45 pounds due to lack of rec.

16) plaintiff was denied his constitutional right to
1 hour rec- a day for incarcerated persons
The commissioner of D.o.c and all its employees
Knew of the covid-19 virus and had ample
time to react and prevent mass infection of the
inprisoned population and proper protection where
denying plaintiff and other inprisoned person a hour
of rec- (out of cell time)

17) In July 2020 plaintiff was transfered from
Corrigan C.C. to Macdougall C.I. and placed in
O pod The plaintiff was moved to a whole
New population while covid-19 was spreading
in prison

18) In october 2020 plaintiff was transfered from
O pod to H-2 pod in Macdougal C.I.

19) Please note The precaution taken for
prevention of spread of covid-19 where non
existince

20) In the Time frame of october To December
Warden Kristen Barone (defendant) was allowing
Cos (correctional officer) work in mulitpul units/pod
Knowing the rapid spread/infaction rate of
covid-19 with no such cure for covid-19 placing
Plaintiff in danger and risk of Covid-19
Plaintiff has been incarcerated since Jan. 18th of

2017 Serving 6 years and 6 months

21) The end of November 2020 Through December 23rd 2020 when plaintiff first contracted Covid-19 Multipal inmates where postive for covid-19 and at which point about 75% of the unit H-2 was rapidly turning up positive.

22) Defendant Barone was allow CO to work in the Qurantine unit for Covid-19 postive Inmates and work in the uninfected units spreading the Covid-19 throughout the facility

23) The macdougall C.I. facility has Two parts one is call the green mile the second is the main Building called up Top Inmates in the mile do not have contact with Inmates up Top. Inmates who are in H, I, Dont have contee with inmates In J and M making inmate spread of Covid-19 Not possible with the fact that their was no movement or Visit or Any mixing of units.

24) The source of spreading Covid-19 is the Constince of CO. working in Multipal units/pod and CO. not be mandated to wear Mask and their lack of care/concern along with defendants Barone, Roach and Quiros lack of policy protocal prevention, Standard and rules causing the spread of Covid-19

25) Plaintiff cell partner who has been incarcerated befor the mention and out break of Covid-19 turned up positive after removing Inmate Tryz Lopez from the cell plaintiff was left in a infected cell even though plaintiff tested negative 12-19-20

26) Plaintiff felt like he was sick the next day and notified C.O. working the H-2 unit and asked to be tested again plaintiff was told he had to wait - 12-20-20

27) The night of 12-20-20 plaintiff notified the medical staff who brought nightly medication to H-2 unit he felt sick and wanted to be tested again as told he had to wait to be tested again

28) On 12-23-20 plaintiff was tested again for Covid-19 And was postive for the covid-19 virus

29) Defendant Barone and Roach chose to allow CO to work multipul units spreading the covid-19 virus Know their was no cure or true understanding of damage the covid-19 virus would do to a person and aced with no care to the plaintiffs and other inmates well being causing unsafe and dangerous condiction of confinment and state of constint Danger and risk

30) Defendants Barone and Roach and commissione quries all new that the spread rate of the Covid-19 was rapid and its was highly infectars and chose only to place each inmate and the plaintiff in danger of the Covid-19 virus and at risk of the long term damages caused to the plaintiff by Covid-19

31) The reaction of the C.O.'s present on 12-20-20 and the medical staff Showed the protocol and responce purcedure was non-existent as The plaintif notified he felt sick and his last cell partner dust tested positive for Covid-19 on 12-19-20 and plaintiff had to wait until 12-23-20 to be tested again and get help to fight off the Covid-19 virus

32) Defendants Barone and Roach have a affirmitive duty by the U.S. constitution to protce, prevent and to remove danger from the plaintiff due to his incarceration placed in the custody of the department of Corrections, Defendant's Barone and Roach hold the highest position/rank for the Macdougeill C.I. facility and make the protocols procedures, Rules Regulations and standards for the facility and as to the fast and vast out break of Covid-19 It is and was Both Defendants Barone and Roach Duty to make addiquite precations protocol. Rule and regulation as well as new policies to prevent such a vast out break of Covid-19

in the H-2 unit as well as the facility as a whole
the choice made by defendants placed the plaintiff
in constant state of danger and risk of harm due
to the constant movement of c.o.s working infected
units and non infected units causing the plaintiff
Stephen Pennyman to contract Covid-19, suffering
the pain of body aches Head aches dyharea cold
sweats These defendants Barone, Roach and Quiros
failure to act against their own set in place protocol
policies Rule and standards Regulation that would
cause the facility to be a breading ground for Covid-19
even after the CDC notified defendants the risk
for the mass spread of Covid-19 in prison Chose
not to act on given Information causing these
unsafe conditions of confinement, They faild to protect
plaintiff And the Deliberat indifference to the plaintiff
safety and is cruel and unusual punishment

33) Defendant Quiros actions to not make a over view
of the protocol, Rules, Regulations standards and policy
for Covid-19 Know the set policys, Rules, Regulations
standard and protocols would Not prevent the mass
spread of Covid-19 was a choice to leave plaintiff
and all inmates in unsafe condition of confinement
deliberate Do In difference to safety and cruel and
unusaul punishment to subject the plaintiff to
such a state of perill that caused the plaintiff
to constract Covid-19 and defendants failure to protect

34   Defendants Barone, Roach and quivos had multipul
notices and warning of the risk of a high spread rate
for covid-19 in prison, prisons becoming breading grounds
for covid-19, defendants each are in a position of
power / Ranking to make sound judgement with the
warning and notice of covid-19 to change the
condictions, protecals, Rules, standards regulation
and policies defendants chose not to act even
with covid-19 positive INmate continued to
increese in the facillity as a whole and the H-2
unit/pod

35)  The plaintiff suffered body aches, cold sweats
Head aches, shortness of breath and diziness
the body aches and Heads ches mad some days
unbearable to get out of the bed for the
Plaintiff Stephen pennymen The above mention
pain and suffering mentioned in this peragph (35)
was a direct affeact due to defendants
Barone Roach quivos action and lack of action

36   Plaintiff was transfered to O-pod in the green
mile in Macdaugall C.I. for 2 weeks of qurantine
for Covid-19

37) Plaintiff got both vccine shots for covid-19 both shots where Merderna and where taken at the macdougall C.I.

38) Plaintiff was transfered to osborn C.I. on 10-20-21 and placed in E-Block or around this date

39) Plaintiff was placed in D-Block after being released from seg. and 22 Cell washis sleeping cordors D-Block 22 cell

40) multipul Inmates where turning up covid-19 positive in the D-Block unit of osborn C.I.

41) The osborn C.I. facillity did not have a qurentive unit for Inmates just coming into the jail and placed inmates in any block that had open cells

42) The New inmates being placed in D-Block/unit where turning up positive for covid-19 and spreading the covid-19 unit

43) Defendant's oles, ortyl, cry and quiros each had Notice of the covid-19 affccetion rat and mass spreading and the short term and long term damage from covid-19 and chose to do nothing and Continue the protical, Rules, regulation, Standards and policies when dealing with the covid-19 Virus Know how dangerous the covid-19 virus

is knowing inmates have died due to covid-19
others placed in coma And constint long term
affects unknown

44) Defendant's quiros, oles, ortyl and cry
where all sent Inmates Request with the
concern of the plaintiff's safety due to the
number of covid-19 positive Inmates in the
D-Block unit in Osborn C.F. on multipul dates
from 11-4-2021 till 1-24-22

45) on December 17th 2021 plaintiff tested positive for
covid-19 in the D-Block unit in osborn C.F.
due to the condiction of the D-Block unit of
osborn C.I. even after multipul Inmates
Request sent to defendent's cry unit manager
of D-Block, oles warden of osborn C.I.
and ortyl Dep warden of osborn C.I. and
the commissioner of D.O.C quiros and no
changes where made befor I the plaintiff was
subjected to unsafe condictions and risk of harm
and danager then on 12-17-21 I the plaintiff tested
positive for covid-19 after continually asking
the C.O. on duity to get medical I dont feel
good

46) Defendants oles, ortyl and cry only passed out (1) one mask every week and this was the policy created by mentioned defendants and approved by defendant quiros of this policy and the protocal, rules, regulation and standards set forth in osborn C.I. Regarding Covid-19 out break

47) Defendants at the macdougal facility and the osborn facility both know as wells as defendant quiros knew the high spread risk and that prison/Jail will be breading grounds for covid-19 and chose to not act on the facts and events of 50% to 90% of each facility was Infected with covid-19 the population of each facility was covid-19 positive and made No adiquite changes or preperation causing me stephen PennyMan the plaintiff to contract covid-19 (2) twice, once at macdougall C.I. and once at osborn C.I.

48) Defendants Barone Roach allowed the macdougal C.I. facility to be subjected to unsafe protocols percedures lack of Covid-19 protection and only passing out Mask once every week to two weeks

49) Defendants Cook, Quiros, Barone, Rach, ortyl and oles all have full knowledge of the covid-19 virus and its effects on the plaintiff and all other inmates due to multipal covid-19 case with effects ranging from non-leethal to life thuratening even death.

50) All Defendents where brefed on the affects and risk of covid-19 in the prison/Incarceration sytem as a Breeding ground (HOT ZONE) for covid-19 Attempts where non-exist in affect or effects No qurentine Block for new inmate till year or more latter for certin fecilities (C.O.) Correctional officers working in multipal units/pods giving force and movement to the covid-19 virus and spreading it around mandatory testing for C.O. was placed in effect After multipal case and even deaths of inmates

51) Defendents agreed to a settlement wich stated Ample pro-active protection and prevention of the covid-19 virus which was abanden

52) Defendants Barone, and Roach made the plaintiff stay in a cell which A Inmate tested positive for covid-19 And had no in place procedure or protocal for such type of situation thus casing plaintiff to become covid-19 positive

53) Defendant Oles, Ortyle and Cry allowed New inmates to be placed in multiple units causing mass spreading of covid-19 cases causing plaintiff to contract covid-19 for a second time after multipl request about the risk of covid-19

54) Plaintiff has sent Request to each defendant multipl time befor he contracted covid-19 at Each facility and Each defendant has been notifed by higher supervisor and the C.D.C. and still feiled to adhere adquiet standard or a plociy and procedure to prevent or lessen the spread/effects of the covid-19 on the Inmate population

55) Plaintiff has long term effects due to contracting covid-19 two (2) time in the department of Correction which plaintiff has been incarcerated since 1-18-2017 befor the out break of covid-19

# Exhaustion Administrative Remedies

56) Plaintiff filed Department of correction of the State of connecticut administrative Remedies / grievances for the conditions and the cause of Plaintiff to contract covid-19 at the macdougale.I. facility

57) Plaintiffed exhaughted his Administrative Remedies / grievance Regarding conditions and cause of contraction of covid-19 virus

58) Plaintiff filed Department of correction of connecticut administrative Remedies / grievances Regarding the conditions and cause of contracting covid-19 virus

59) Plaintiff filed department of corrections state of Connecticut administrative remedies / grievances regarding the conditions and cause of contracting covid-19 virus

60) Plaintiff stated in all grievances / Remedies the Subsection (C) of D.O.C. Administrative Directives 9.6 Administrative Remedies show cause and validness of Plaintiffs grievances

(61) Plaintiff has met all requirements regarding the Administrative Remedies processes

(62) Plaintiff has exaught all administrative Route Remedies / grievance regarding this Civil complaint / Civil Rights Action

## CLAIMS FOR Relief

(63) Defendants feild to provide a safe condiction of confinement for plaintiff even with ample notice and warning regarding the prison sytem and covid-19

(64) Defendents feild to protect plaintiff from the covid-19 virus due to unsafe condictions of confinement and having leck of protect and procedure for covid-19

(65) Defendents feild to protee plaintiff and to provide safe condiction of confinement for plaintiff causing the plaintiff to contreet covid-19

PRAYER FOR RELIEF

(6) Claim 1 unsafe condiction of confinement

A) Each defendant is sued for 275,000.00 serverly and jointly

B) Defendents cook and quiros are sued for 350,000.00 serverly and jointly each

C) Defendants oles and Barone are sued for 150,000.00 serverly and jointly each

(7) Claim 2 feilure to protect

A) Each defendant is sued for 350,000.00 serveny and jointly

B) Defendents cook and quiros are sued for 375,000.00 serverly and jointly each

C) Defendants oles, Barone, ortyl, cry, and roach are sued for 450,000.00 each serverly and jointly

68) Claim 3 Deliberant indiffrence to safety
In Regards to the Covid-19 virus

A) All Defendants are sued for 300,000.00
each serverly and jointly

B) Defendants cook and guiros are sued
for 575,000.00 Each serverly and jointly

C) Defendant Barone, cruy, oles, ortyl, Roach
are sued for 75,000.00 Each Scarerly and
jointly

69) Claim 4 curl and unused punishment

A) All Defendents are sued for 150,000.00
each Serverly And jointly

B) Defendents gurios And cook are sued
for 350,000.00 Each ~~and~~ serverly And
jointly

C) Defendents Barone, cruy, oles, ortyl, and
Roach Are sued for 100,000.00 Each jointly
And serverly

70) Plaintiff sue each defendant for the above sum under punitive and compesation damages due to contrection of Covid-19 unsafe condiction of confinement Deliberent indiffrence and Failure to protec

■ Inductive Relief

71) Defendents gurios and cook are sued for Inductive Relief;

72) Plaintiff request to be released from prison and placed on parole to nolonger be placed in unsafe condiction of confinement and at risk of Covid-19

73) Plaintiff wishes to regein lung capecity Beilance and memory through gym reginas and herbeil supplament not offered In prison sytem

7) I Hereby Certify that a true and correct copy of this document was given to the CarlRobinson C.I. counselor of 2-B unit to be E-filed to the Federal court of the second district courts

I the plaintiff Stephen Pennyman verify That the forementioned Information IS true and correct to the best of my Knowledge and abilities names of defendents mentioned for OSBORN C.I. where given to me by a counselor who disliked the fact I was pursuing this civil Action, if names are incorrect for the people placed in those position at time mentioned in civil suit.

Stephen Pennyman
Stephen pennyman #342624

Carl Robinson C.I.
285 Shaker Rd.
Enfeild, CT
06082

**Osborn Correctional Institution**                                    4/21/2022
335 Bilton Road      POB 100
Somers, CT 06071                                         Nurse Point of Care
Main: 8608144600 Fax: 8608144826                Date of Service: 1/26/2022

**STEPHEN ANTHONY PENNYMAN**
Male DOB: Jan 13, 1989                    10428

**Encounter Context**
**Facility at time of evaluation:** Osborn Correctional Institution
**Age at Time:** 33 Years Old

**Rapid Covid Test**
**Facility**
OSBORN CI
**Date of Rapid Test:**   01/25/2022
**Result of Rapid Test:**   Negative
**Reason for Rapid Test** Contact Tracing
**Covid Case Type** Asymptomatic

Signed By: Oakes RN, Ashley at 1/26/2022 10:00:59 PM

**Corrigan Building**
Nurse Point of Care

**STEPHEN ANTHONY PENNYMAN**   **INMATE ID #: 00342674   33 Years Old**
**DOB: 01/13/1989 Race: Black or African American   Gender: Male**
**LOC: 140 D 226   Med Score: 3 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/16/2021 - Nurse Point of Care: Nurse Point of Care**
**Provider: Mitchell Natalie**
**Location of Care: Osborn Correctional Institution**

**Encounter Context**
**Facility at time of evaluation:** Osborn Correctional Institution
**Age at Time:** 32 Years Old

**Rapid Covid Test**
**Facility**
OSBORN CI
**Date of Rapid Test:** 12/16/2021
**Result of Rapid Test:** Positive
**Reason for Rapid Test** Contact Tracing
**Covid Case Type** Symptomatic

**Electronically signed by Mitchell Natalie on 12/16/2021 at 11:28 AM**



**Corrigan Building**
· Nurse Point of Care

*April 21, 2022*
Page 1

**STEPHEN ANTHONY PENNYMAN**   **INMATE ID #: 00342674   33 Years Old**
**DOB:  01/13/1989 Race: Black or African American   Gender: Male**
**LOC: 140 D 226   Med Score: 3 Sub Score: .....   MH Score: 3 Sub Score: ....**

**12/23/2020 · Nurse Point of Care: Nurse Point of Care**
**Provider: Joseph A. Pagnoni RN**
**Location of Care: MacDougall Building**·

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

**Rapid Covid Test**
**Facility**
MCDGL/WLKR CI
**Date of Rapid Test:**  12/23/2020
**Result of Rapid Test:**  Positive
**Reason for Rapid Test** Contact Tracing
**Covid Case Type** Asymptomatic

**Electronically signed by Joseph A. Pagnoni RN on 12/23/2020 at 10:28 PM**



**MacDougall Building**                                              4/21/2022
1153 East Street, South
Suffield, CT 06080                                         Nurse Point of Care
Main: 8606272100                                    Date of Service: 12/19/2020

**STEPHEN ANTHONY PENNYMAN**
Male DOB: Jan 13, 1989                    10428

**Encounter Context**
**Facility at time of evaluation:** MacDougall Building
**Age at Time:** 31 Years Old

**Rapid Covid Test**
**Facility**
MCDGL/WLKR CI
**Date of Rapid Test:**   12/19/2020
**Result of Rapid Test:**   Negative
**Reason for Rapid Test** Contact Tracing
**Covid Case Type** Asymptomatic

Signed By: Pagnoni RN, Joseph at 12/19/2020 10:17:17 AM



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman        Inmate number: 342674

Facility/Unit: Osborn C.I.        Housing unit: D-22 (B)        Date: 1-10-22

Submitted to: Unit manger Cru

Request: I'm writing to you be cause you refuse to take Any action on my concerns of my safety of Covid-19 and you did Nothing and now I got Covid-19 for the second time after I got both vaccine shot at Maedougal C.I. befor coming here, I had painfull coughs couldn't sleep Head aches and body aches do to your refuse to act or try to prevent the spread of Covid-19 instead you caused a breading ground for Covid-19

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):        Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:        Date:



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: Corrigan C.-C | Date: 7-12-2022 |
|---|---|
| Inmate name: Stephen Pennyman | Inmate number: 342674 |

### INMATE ADVISEMENT

- **Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."**
- **Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.**

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I am filing this request/grievance because I contracted covid-19 at osborn C.I. for the second time even after I complained about the conditions and not having a quarentine unit for new inmate coming into the facility (osborn C.I.) I sent multiple request from Corrigan C.C and when I was at osborn C.I. I received no response at all

| Inmate signature: [signature] | Date: 7-12-2022 |
|---|---|

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

| Date Received: 7/15/2022 | IGP #: 140-23-014 |
|---|---|

| Disposition: **REJECTED** | Date of Disposition: 7/22/2022 |
|---|---|

Reason:
*Per A.D. 9.6;*

*The request for an administrative remedy and the __action sought__ should be stated simply and coherently.*

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

| Staff Name Print: *Acting Warden Oles* | |
|---|---|
| Signature: [signature] | Date: 7/22/2022 |

Submitted To Warden of Osborn C.I.

RE: I am writing to you for multiple Reasons That
place me as well as the other inmates at Risk of
Harm, (1) one mask is passed out 1 week or every 2 weeks
depending the C.O. even the N95 mask only protects you
for (25) Twenty-five Hours and you keep allowing new
inmates to be moved into every unit, by these actions
I contracted covid-19 for a second time after receiving
(2) two vaccine shot befor being transferd to this
facility (O.C.I.) on December 17th and my
symptoms where painfull coughing all night and other
painfull Head Aches and body Aches placing me at risk of harm
and causing me harm, The sinks constintly smell of
mold and Stagnent water all day long there is no
proper venting or Heating in this unite or E-Block or
F-Block or hospital 2 Dorm 2 and we where granted
(4) four hours of Rec. by the govenor and The directive
for Infectues deseses it does not State that the
rec time of a corentiened unit shall be lowered
And we get only 30 minutes to 45 minutes of
Rec depending on the C.O. working the unit at that
time no covid-19 cleaning is Allowed to be done
by C.O. or Teirman worker between rec and your
facility has no corentien unit for Inmate Coming
Into this facility (O.C.I.) at all multipul of
our U.S. Constitutional Rights are be violated by
you and your Subordenaties And supervisors I have

Spokes to unit manager Cry of D-Block and have writen to you and the unit manger, Dep. warden and commissioner about this even befor I contacted Covid-19 for a second time, I suffered hard painfull Coughs all night couldn't sleep Body aches Head aches all because you and your subordinates not having a quarentine unit befor allowing New Inmates into general population causing my contraction of Covid-19 for a secound time I've been incarcerated since January 18th of 2017 and have been sentenced since 2018 November and only contee with Correctional officer and medical staff wich you where sapose to act with proper action to prevent the spread of covid -19 not make a feast pool of Covid-19 to infeet the whole population of the facility (Osborn C.I.) you are responsible for my contraction of covid and my pain because I Notted you and your subordinate of the risk you placed me in

Sincerly
Stephen Pennyman

1-24-2022

Stephen Perry AMG 3-24-2022
OSBORN C.I. - D-BLOCK - 22cell

Submitted To D-Block unit manager

RE: I am writing to you for (3) Reasons
(1) one, we where granted by the govenor
(4) four hours of Rec. Each day and depending
on the C.O. working the block we get any where
from 30 minute to 45 minutes rec a day and in
the Infectuas deasie Directive it does not state
to limit the Amount of Rec time when placing a
unit or individual on corention

    (2) Two, we are only getting 1 mask every
week or Two weeks depending when they are passed
out to us and it is shown on The news that even
the N95 mask only protect you up to (25) twenty-
five hours, with the High spread rate of Covid-19
in this facility by you constintly moving new inmates
into this unit you place me and the other inmates
at risk and I have received 2 vaccine shot befer I was
transfered to this facility and I caught Covid-19 for
a secound time in this unit in December due to the
constint movement of new inmates in this unit
and I wear my mask in my cell and out of my cell I
wash my hands After everthing.

    (3) Three, The sink smells of mold and
Stagnit water and Their is the present of legionaire
deasie in this jail As well there is No proper Air
Ventelation or Heating In this unit you are placing
me as well as all the Inmates in danger by all

Inmate Request form Hand written CN 9601/70367
Hand copied Stephen C.I. Master file ET AL

of these poor prison condition which you and
your subordanets and supervisor place me and
all the other Imates in

NOTE: This is a legal document protected
under the 14th Amendment and failur to
Respond will be tekem as violation of due
process rights under the 14th Amendment

Thank you
sincerly
Stephen pennyMan #342674

*(signature)*

Inmates Request Form Handwriten CN 9601 Form
Hand copyed After ong inc.

# Inmate Request Form
## Connecticut Department of Correction

*Hand Copy*

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman | Inmate number: 342674

Facility/Unit: Osborn C.I. | Housing unit: D-22-(B) | Date: 1-10-22

Submitted to: Warden

**Request:** I'm writing to you for the 3rd time about the condiction of D-Block /unit, and how new Inmate come into the unit and have covid-19 causing a spread only getting 1 or 2 mask once every (1) week or (2) weeks no covid-19 cleaning done between rec. No qurentive unit for new Inmate and you, dep. warden and unitmaneger all refused to tak action on due Any thing at all forcing me and other Inmate to be placed at risk and danger of covid-19 and I've gotten covid-19 for a second time after I received (2) two vaccine shots at macdougal C.I. and hed painfull

*continue on back if necessary*

**Previous action taken:** Coughs all night cantsleep Head aches and body aches all because you and your subordinate refuse to act on my concerns

*continue on back if necessary*

Acted on by (print name): | Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature: | Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman          Inmate number: 342674

Facility/Unit: Osborn C.I.     Housing unit: D-22-(B)     Date: 1-10-22

Submitted to: Commissioner of D.O.C.

Request: I am writing to you for the 3rd time to say I have writes to you, the warden and dep warden as well as unit manager of D-Block/unit of Osborn C.I. back in November, December and now January to say you all ignored my concerns and fear of the condictions at Osborn C.I - D-Block/unit, about New Inmates who have Covid-19, I mask a week or 2 weeks and the fear of Cacthing Covid-19 for sceound time even after I got both vaccine shots befor coming to Osborn C.I. and nothing was done and I got Covid-19 for a sceound time and couldn't Sleep Cacthing all night painfully Head aches

*continue on back if necessary*

Previous action taken: and body aches because your refuse and your subordinate refuse to act and prevent this and those condictions I was placed in and forced to be in a dangerous situation

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                              Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Stephen Pennyman

Inmate number: 342674

Facility/Unit: Osborn C. I

Housing unit: D-22 (B)

Date: 12-7-21

Submitted to: Commissioner of D.O.C.

Request: I'm writing to you for a seecound time about the Conditions at osborn C.I. D-unit, how they keep allowing new inmates to come into the unit who turn up positive for Covid-19 and There is only bars no cell door and No covid-19 cleaning between Rec. at all, This conduct enviroment placing me and the other inmates in danger of covid-19 and the physically and mentally due to the effects from covid-19 I've written to the warden, dep. warden, unit manager and you no one has attempted to correct or make any changes to Any of the ISSUES I've brought up I've gotten

**continue on back if necessary**

Previous action taken: Covid-19 once befor and I dont want to get it again I have taken (2) two vaccine Shot at medergal C.I. befor I got to this Jail (osborn C.I.) No help or protection is being done, 1 Mask A week does not help NO qurantine unit or covid-cleaning at all Why?

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman

Inmate number: 342674

Facility/Unit: Osborn C.I.

Housing unit: D-22 (B)

Date: 11-4-21

Submitted to: Deputy Warden

Request: I'm writing as well as I've written to my unit manger, the warden about how the movement of New Inmates into my unit and over 8 Inmate have been covid passitive and it is spreading the Jail is on lock down but New inmates keep comming there no ventelation and only bars No Door to have Any seperate or safe space you, the warden, unit manger are placing me and the other Inmates in danger and you need to make a qurentine unit befor you allow the New inmates into general population and placeing every at risk of getting covid-19 and its

*continue on back if necessary*

Previous action taken: unknown effects on us Short term or Long term I've gotten both (2) Shoot And have had covid I do not want it again make some change now befor I get covid again

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09



Inmate name: Stephen Pennyman

Inmate number: 342674

Facility/Unit: Osborn C-I.

Housing unit: D- 22 (B)

Date: 11-11-21

Submitted to: Commissioner of D.O.C.

Request: I'm writing to you because at Osborn C.I. D unit is still receiving new Inmates who turn up Covid positive over 8 inmates and its spreading quick we only get 45 min of ree I wash my hands wear my mask and I've already had covid-19 and both(2) shots I dont want covid-19 again there is no qurentine unit to house new inmate befor they go into population placeing me and other inmates at risk of Covid and it's long or short term damages, we only get mask every 2-3 weile and they only protec us for (1) one day you need to make them (Osborn C.I.) make a qurentine unit

continue on back if necessary

Previous action taken: and pass out more mask and more then once every 2-3 weile it does not help at all

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

Declaration under penalty of perjury
of Daniel R Garcia # 348275

I Daniel Garcia being Competent
to make this Declaration, and having
personal Knowledge of the matters
Stated here in this Declaration, Declare
pursuant to 28 U.S.C G 1746

When Inmates had Covid-19 they
tested positive an only moved them
to the Top tier same block then
they were transfered to Northern C.I
and brought back to the Unit even
then Certain inmates still were positive
for Covid-19 an where mingling with
others in the block. Then the entire
block was tested. An those who had
all reddy been tested were positive
for a Second time an numerous
Others were positive. They took them
this time to H-pod in Corrigan C.I
for only 10 days an brought them
back to Echo-pod were they allowed
them back with the other inmates who
were negative.
Pursuant to 28 U.S.C G 1746
I Declare under penalty of perjury
that the foregoing is true an Correct
Executed on June 15 2020  # 348275
Daniel Garcia # 348275     Daniel Garcia
# 348275

Q-7

Declaration under penalty of purjury of
Stephen A. perryman

Q-41

I, Stephen A. perryman, being mentally competent
and having personal knowledge of the events mentioned
in this declaration and make this Declaration at my own wil
The information herein is true and correct. I hereby make
this Declaration under penlty of purjury

1) I, Stephen A. perryman inmate number 342674, am
incarcerated at Corrigan C.C  986 norwich - newlondon TPK.
Uncasville, CT  06382. During the covid-19 out Break /
pedemic.

2) multipul inmate started To show simptoms in the Echo-
pod of corrigan C.C, The Echo pod is a (S.R.g.)
security Risk group pod/unit with Restricted movement.

3) Inmates in the Echo unit/pod only go to the gym (1)
once a week, (medical) only apone being called to medical
(S.R.g.) inmate's have no contac with general population
inmate.

4) Inmates classified as S.R.g. only rec. with their
groups, tiers are Broken down to (2) two group (rec. groups)
meals, all meals are Eaten in cell

5) The Echo pod was not allowed Rec only one 15 min.
shower and (1) 15 min. phone call for over 30 days
consceitively from march 31st untill MAy 1st of
2020.

6) I gained over 35 pounds during The time From of march 31 2020 to may 1 2020, my weight gain is documented in my medical File

7) I started to suffer lack of Flexability and pain in my knees and joints due to the weight gain and lack of excircise

8) I notified medical staff of the loss of Flexibillity and pain in my joints

9) I am only 31 years old and had no joint pains befor this Time period of over 30 days no Recerration

10) I filed a grievance about there being no Rec. as well as wrote to the warden of Corrigan (Mr. martin)

11) I All so wrote to warden martin about the risk he placed My life in as well as my sons life

12) I stephen Pennyman never spoke with Any A.C.L.U. personal, I sent my letter to Mr. Barrett and Miss Bilder in a Joint letter, I recived no response

13) I stephen A. pennyman inmate number 342674 do not want to be a part of the A.C.L.U. settlement and release or restricted from filing My own civil suit due to the multipul constitution violations I suffered

14) The settlement terms do not give me, stephen pennyman No relief or compensate any of the demayes I suffered mentally and physically

I, stephen A pennyman make this declaration under the penlty of parjury and all penltys of and under the U.S. of America

_Stephen Pennyman_

I Hereby certify that this Declaration was given to the counselor of M.C.I. O-pod to E-File with my obdetion to THE A.C.L.U. settlement and other documents (1) Letter (copy) to A.C.L.U., Declaration of other inmates on July 13th 2020

_Stephen Pennyman_
Stephen Pennyman    #342674
Stephen Pennyman



Hardcopy

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen Penn

Inmate number: 342674

Facility/Unit: Osborn C.I.

Housing unit: D-22 (B)

Date: 11-4-21

Submitted to: Unit manger cry

Request: I'm writing to you because I've allready caaght covid-19 in mcdongel I have taken both shoots and you keep allowing New Inmates into the unit and they turn up covid passitive the jail is on lock down because of so many passitive Inmate and your allowing people to come into the unit making me as well as the other inmates to be placed in danger of getting covid for the 1st or 2nd time, The cells are bars Not doors so there is no seperation of Air or ventelation at all, over 8 people you allowed into the unit had covid and its spreading the mask you give us once every 2-3 week only last 1 day

*continue on back if necessary*

Previous action taken: at the max please talk to the warden or depity warden to make a gurantie Block befor moving them to regular population Im writing the warden and depatty warden as well

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

HAND COPY

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman

Inmate number: 342674

Facility/Unit: Osborn C.I.

Housing unit: D-22 (B)

Date: 11-22-21

Submitted to: unit manager Cry

Request: I'm writing to you again for the second time about the conditions of the D-Block/unit of Osborn C.I. where I am Housed and we are being placed at risk and danger of covid-19 Continually New Inmates keep coming to the unit and turning up passitive for Covid-19 There are only bars and No ventelation or Any proper Cleaning being done between Rec and only receiving 1 or 2 mask every week does not prevent covid-19 when the N95 mask does not last longer the 25 Hours so having the Same mask for 7 To 14 days or More is No help at all please Stop bring new Inmate to this unit and make a quarentine

continue on back if necessary

Previous action taken: Unit to clear the New Inmates and If we cent go to the lunch Room/mess hall or visit how can we get New Inmates placing us at risk of Covid-19 please explain

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

signature:

Date:

Case 3:22-cv-01552-JAM   Document 1   Filed 12/06/22   Page 47 of 50

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Stephen pennyMam    Inmate number: 342674

Facility/Unit: osborn C.I.    Housing unit: D-22 (B)    Date: 11-4-21

Submitted to: Warden

Request: I am writing to you because New Inmate are Coming into d-block and turning up with covid-19 over 8 Inmates and its spreading I've caught covid-19 once alReady and have gotten 2 shots alreendy I do not want to get covid again please make a querentine unit to go to befor the new inmates go into general population, we only get 1 mask every 2-3 weeks the mask only last a day befor they do not work there is No ventelation or cell door only bars so there is no seperation at all your way of hendling this Jeil is placeing me at risk of covid-19 and long term deimage

continue on back if necessary

Previous action taken: do to this virus please make changes to your operattion

continue on back if necessary

Acted on by (print name):    Title:

Action taken and/or response:

continue on back if necessary

Staff signature:    Date:

# Inmate Request Form
## Connecticut Department of Correction

*Hand copyed*

CN 9601
REV 1/31/09

Inmate name: Stephen Pennyman     Inmate number: 342674

Facility/Unit: Osborn C.T.     Housing unit: D-22 (B)     Date: 12-5-21

Submitted to: Warden

Request: This is my Second request to you about New inmates and the risk of caughting Covid-19 due to New inmates being placed in D-Block/unit and Ive written you, the dep-warden and unit manager as well and no changes have been made at all I do not want to cach Covid-19 again and deal with the pain or have to find out any long term damages it will do to me I have a son and I dont want to die from complecation of Covid-19 please make changes to protect me and the other inmates we cant do any thing for our selves at least act like you care

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):     Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:     Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Stephen Pennyman | Inmate number: 342674 |
| --- | --- |

| Facility/Unit: Osborn C.I | Housing unit: D-22-(B) | Date: 12-7-22 |
| --- | --- | --- |

Submitted to: Unit manager

**Request:** We spoke today about the mask, how we only get one mask once a week or 2 weeks. That New Inmates are being placed in the unit and Turning up Covid-19 positive over 5 Inmates now and how there is no cleaning between Rec and where only getting 30 min. to 45 min - depending the C.O.s working I've been incarcerated since 1-18-2012 I've received 2 vaccine shots already and caught Covid-19 before that and I dont want to get covid again Please make changes I've writen to the warden as well and something Needs

*continue on back if necessary*

**Previous action taken:** to be done make a covid-19 qurentine unit and a intake unit to qurentine New Inmates like other Jails are

*continue on back if necessary*

| Acted on by (print name): | Title: |
| --- | --- |

| Action taken and/or response: |
| --- |
| |
| |
| |
| |
| |
| |

*continue on back if necessary*

| Staff signature: | Date: |
| --- | --- |

# Inmate Request Form
## Connecticut Department of Correction

APR 2 0 2022

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Stephen Pennyman | Inmate number: 342674 |

| | | |
|---|---|---|
| Facility/Unit: Corrigian C.C | Housing unit: D-226 | Date: 4-19-22 |

Submitted to: Medical

**Request:** I am Requesting the positve Covid-19 test results from macdougal C.I. 2020, and The postive covid-19 test results of Osboen C.I. in December 2021 and The type of Covid-19 Each positive test was all the Blood work and Any reported information on both Covid-19 I contracted at Each facillity

*continue on back if necessary*

**Previous action taken:**

Your request was forwarded to the RECORDS Dept

*continue on back if necessary*

| | |
|---|---|
| Acted on by (print name): MMGrquez | Title: Medical Records Clerk |

**Action taken and/or response:**

• Most recent Covid test attached.
• 12/23/2020 Covid test/Macdougall
• 12/16/2021 Covid test/ Osborn
• Attached are all covid/lab results that were done.

*continue on back if necessary*

| | |
|---|---|
| Staff signature: Mudoy RN | Date: 4-21-22 |